```
 1  JOHN E. STORKEL, P.C.                    FILED '07 MAR 12 11:01 USDC-ORE
 2  ATTORNEY AT LAW
 3  1415 LIBERTY STREET S.E.
 4  SALEM, OREGON 97302
 5  (503) 363-6625
 6      Attorney for Defendant, John Charles Ryan
```

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | Case No. CR 00-60132-01-HO |
| Plaintiff,    ) | |
| ) | |
| vs.    ) | ORDER GRANTING |
| ) | MOTION TO WITHDRAW |
| JOHN CHARLES RYAN,    ) | PETITION TO COMPROMISE |
| ) | WITHOUT PREJUDICE |
| Defendant.    ) | |

Based on the Defendant's Motion to Withdraw Petition to Compromise, and the Court having reviewed the premises herein;

IT IS HEREBY ORDERED, that Defendant's motion to withdraw is granted and the defendant is allowed to withdraw the previously filed Petition to Compromise herein, without prejudice.

IT IS ORDERED this 12th day of March, 2007.

_____
Michael R. Hogan
District Court Judge

Page - 1- ORDER GRANTING MOTION TO WITHDRAW
PETITIONER TO COMPROMISE WITHOUT PREJUDICE

JOHN E. STORKEL, P.C.
ATTORNEY AT LAW
1415 Liberty Street S.E.,
Salem, Oregon 97302
(503) 363-6625